# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COLLEGE WOODS HOMEOWNERS
ASSOCIATION,

                Respondent

                v.

TRAPPE BOROUGH,

                Petitioner

: No. 562 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.